# UNITED STATES DISTRICT COURT
Western District of Virginia
**OFFICE OF THE CLERK**
Laura A. Austin, Clerk
January 28, 2026

**Re: Kirk Donovan Ramey v. Kroger Limited Partnership I, et al; 7:25CV00653**

Dear Counsel:

This case has been assigned to Senior United States District Judge Michael F. Urbanski.

I am contacting you for the purpose of setting up a scheduling conference with Judge Urbanski by Zoom, pursuant to Rule 16(b)(1)(B) of the Federal Rules of Civil Procedure. At this scheduling conference, please be prepared to discuss the case to date, and select a trial date. A pretrial scheduling order will be entered following this conference.

Currently, Judge Urbanski has the following dates and times available to hold this hearing:

| | |
|---|---|
| February 3 | 9am, 11am |
| February 5 | 9am, 9:3oam, 10am |
| February 9 | 10am, 10:30am, 11am, 11:30am |
| February 10 | 9am, 9:3oam, 10am, 10:30am |
| February 12 | 9am, 9:3oam, 10am, 10:30am, 11am, 11:30am |

**Please confer and have one party contact me at [kristina@vawd.uscourts.gov](mailto:kristina@vawd.uscourts.gov), with your selection**. I will notice the hearing once I get your date and time.

Thank you,

s/ Kristin Ayersman
Courtroom Deputy
([kristina@vawd.uscourts.gov](mailto:kristina@vawd.uscourts.gov)
(540) 857-5153)

cc: All Counsel
Electronic File