# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

**KIRK DONOVAN RAMEY**

vs.

**KROGER LIMITED PARTNERSHIP, I, ET AL**

Action No:   7:25CV00653
Date:   2/5/2026
Judge:   Michael F. Urbanski, SUSDJ
Court Reporter:   none
Deputy Clerk:   Kristin Ayersman

Plaintiff Attorney(s)
Michael P. Valois

Defendant Attorney(s)
Victor S. Skaff, III, Joseph A. Piasta

PROCEEDINGS:

Parties repsent via ZOOM for a Rule 16 Scheduling Conference, pltf's counsel participating via telephone.
Responsive pleading by Ms. Olinger due 2/17/2026.
Court asks the parties when they would be ready to try the case.
Pltf Ramey can be ready for trial in early summer, Dft Olinger asking for more time, noting no discovery done yet and will need to depose and acquire medical records.   Dft Olinger estimates early fall.   Dft Kroger agrees with early fall.
Court note for parties that only availability is first two weeks in August, and if case has to be set later in fall, the case will have to be transferred to another judge at this early point.
Order forthcoming transferring case to next judge in rotation. No objection from the parties.

Time in Court:   10:01-10:16   15m