CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA

February 05, 2026

LAURA A. AUSTIN, CLERK
BY KRISTIN AYERSMAN
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| KIRK DONOVAN RAMEY, | ) |
| Plaintiff, | ) Case No. 7:25-cv-00653 |
| v. | ) By:   Michael F. Urbanski<br>) Senior United States District Judge |
| KROGER LIMITED PARTNERSHIP<br>I and LINDSEY OLINGER, | ) |
| Defendants. | ) |

### ORDER

As stated at the Rule 16 scheduling conference held on February 5, 2026, because this case cannot be set for trial before October 1, 2026, it is hereby **ORDERED** that this case is reassigned to the next district judge in the standing order case assignment rotation. The Clerk shall send a copy of this Order to all counsel of record.

It is so **ORDERED**.

ENTERED: Feb 5, 2026

Michael F. Urbanski
Senior United States District Judge