UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

KIRK DONOVAN RAMEY,                )
                                   )
    Plaintiff,                     )
                                   )
v.                                 )          Civil Action No.: 7:25-cv-00653
                                   )
KROGER LIMITED PARTNERSHIP I       )
                                   )
and                                )
                                   )
LINDSEY OLINGER,                   )
                                   )
    Defendants.                    )

## JOINT RULE 26(F) CONFERENCE REPORT

Counsel for the parties conferred pursuant to Fed. R. Civ P. 26(f) on May 7, 2026, concerning the following matters:

**(A)**     **What changes should be made in the timing, form, or requirement for disclosures under Rule 26(a), including a statement of when initial disclosures were made or will be made.**

The parties stipulate to making initial disclosures by May 29, 2026.

**(B)**     **The subjects on which discovery may be needed, when discovery should be completed, and whether discovery should be conducted in phases or be limited to or focused on particular issues.**

Discovery will be needed regarding liability and damages.

The parties anticipate completing fact discovery within seven months.

**(C)**     **Any issues about disclosure or discovery of electronically stored information, including the form or forms in which it should be produced.**

The parties do not anticipate any such issues.

JOHNSON AYERS, &
MATTHEWS, P.L.C.
ROANOKE, VA

1

**(D)** **Any issues about claims of privilege or of protection as trial-preparation materials, including—if the parties agree on a procedure to assert these claims after production—whether to ask the court to include their agreement in an order.**

The parties do not anticipate any such issues.

**(E)** **What changes should be made in the limitations on discovery imposed under these rules or by local rule, and what other limitations should be imposed.**

The parties do not anticipate requesting any changes to the limitations on discovery, but will confer upon receipt of initial disclosures to discuss changes to the deadlines set forth in any Order. The parties are not filing a separate written discovery plan with this Report.

**(F)** **Any other orders that the court should issue under Rule 26(c) or under Rule 16(b) and (c).**

The parties do not anticipate any such orders.

Respectfully submitted,

_/s/ M. Paul Valois_
M. Paul Valois (VSB No. 72326)
James River Legal Associates
7601 Timberlake Rd.
Lynchburg, VA  24502
Ph: (434) 845-4529
mv@vbclegal.com
  *Counsel for Plaintiff*

_/s/ Joseph A. Piasta_
Joseph A. Piasta (VSB No. 80801)
Johnson, Ayers & Matthews, P.L.C.
310 First Street, S.W., Suite 700
Roanoke, VA  24011
P. O. Box 2200
Roanoke, VA  24009
Ph: (540) 767-2071
Fx: (540) 982-1552
jpiasta@jamlaw.net
  *Counsel for Defendant Olinger*

Johnson Ayers, & Matthews, P.L.C. Roanoke, VA

2

/s/ Victor S. Skaff
Victor S. "Dinny" Skaff, III, Esq. (VSB No. 40054)
Glenn Robinson Cathey Skaff & White PLC
Fulton Motor Lofts
400 Salem Avenue, S.W., Ste. 100
Roanoke, VA  24016
Direct: (540) 767-2211
Fx: (540) 767-2220
vskaff@glennrob.com
*Counsel for Defendant Kroger*