Lynchburg Sheriff's Office
P.O. Box 217
Lynchburg, VA 24505

GREENSBORO NC 270
20 OCT 2026PM 1 L

FIRST-CLASS
US POSTAGE IMI PITNEY BOWES
ZIP 24504
02 7H
0006256039
$ 001.07⁰
OCT 19 2026

RECEIVED
OCT 2 4 2026
USDC Clerk's Office
Mail Room

US DISTRICT COURT OF WESTERN DISTRICT OF VIRGINIA
210 FRANKLIN RD SW
ROANOKE VA 24011

24011-220803